UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRIM, et al.,

    Plaintiffs,                                        No. C 10-5341 PJH

    v.                                               **ORDER**

JON VINCENT, et al.,

    Defendants.

_____/

         The court is in receipt of a stipulation filed by counsel for defendants Jon Vincent and Keepcash, LLC, in the above-entitled action, pursuant to which the parties have agreed that plaintiffs "may" file a second amended complaint, on or before March 25, 2011, and that if plaintiffs "elect" to file a second amended complaint, the March 30, 2011 hearing will be "moved off calendar."

         The court has no objection to the filing of a second amended complaint pursuant to stipulation. What the court does object to, however, is the fact that while there is a pending motion to dismiss the first amended complaint, currently noticed for hearing on March 30, 2011, plaintiffs have failed to file an opposition to the motion, as required under Civil Local Rule 7-3; and the parties seem to find it acceptable for plaintiffs to wait until five days before the scheduled hearing date to decide whether or not to file the second amended complaint (which will necessitate the court's spending time reviewing papers in a motion that will be rendered moot by the filing of the second amended complaint).

         The date for the hearing on the motion to dismiss the first amended complaint is

VACATED.  No later than March 30, 2011, plaintiffs will either file the second amended complaint, or file an opposition to the motion to dismiss.  If plaintiffs decide to file an opposition to the motion, defendants' reply will be due one week thereafter.  The court will review the papers and advise whether a hearing will be necessary.  If plaintiffs decide to file the second amended complaint, defendants will withdraw their motion to dismiss the first amended complaint, and then either answer or move to dismiss the second amended complaint.

The date for the initial case management conference, previously set for Thursday, March 17, 2011, is CONTINUED to Thursday, May 19, 2011, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  March 16, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge