| | |
|---|---|
| 1 | Michele Floyd (SBN 163031) |
|   | MFloyd@Mintz.com |
| 2 | Robert Sturtevant Eaton (SBN 240761) |
|   | REaton@Mintz.com |
| 3 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
|   | 5 Palo Alto Square, 6th Floor |
| 4 | 3000 El Camino Real |
|   | Palo Alto, CA 94306-2155 |
| 5 | Telephone: (650) 251-7700 |
|   | Facsimile: (650) 251-7739 |
| 6 | |
| 7 | Attorneys for Defendants, |
|   | JON VINCENT and KEEPCASH LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL BRIM, an individual and BF ADS, a Nevada LLC, | Case No. CV10-05341 PJH |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT** |
| vs. | |
| JON VINCENT, an individual and BLACKFRIDAY.NET, an unknown business entity, Black-Friday.net an unknown business entity, Black-Friday info, and unknown business entity, Keepcash.com, an unknown business entity, and Keepcash LLC a business entity, and DOES 1-XX, inclusive, | Complaint Filed: November 24, 2010 |
| | Trial Date: None |
| | The Honorable Phyllis J. Hamilton |
| Defendants. | |

JOINT STIPULATION FOR EXTENSION OF TIME

Case No. CV10-05341 PJH

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiffs on the one hand and defendants Jon Vincent and KeepCash LLC on the other (together "the Parties"), by and through their respective counsel, as follows:

1. The Parties agree that Defendants may have an additional fourteen (14) days to file a responsive pleading to Plaintiff's Second Amended Complaint, filed March 24, 2011. Defendants' responsive pleading will now be due on April 22, 2011.

This extension is not made for the purpose of delay. The Parties have not previously requested any modifications of time in this case and this extension will not affect any hearing dates set by the Court.

Dated: March 31, 2011            MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

                                 /s/Robert S. Eaton
                                 By: MICHELE FLOYD
                                     ROBERT STURTEVANT EATON

                                 Attorneys for Defendants,
                                 JON VINCENT and KEEPCASH LLC

Dated: March 31, 2011            SPRADLIN & FERGUSON

                                 /s/Jeralyn Kay Bercaw Spradlin
                                 By: JERALYN KAY BERCAW SPRADLIN
                                     DAYMON M. FERGUSON

                                 Attorneys for Plaintiffs,
                                 MICHAEL BRIM and BF ADS

PURSUANT TO STIPULATION, IT IS SO ORDERED

        April 4
Dated: ~~March~~ _____, 2011     _____
                                 Honorable Phyllis J. H
                                 United States District Court Judge

- 1 -

JOINT STIPULATION FOR EXTENSION OF TIME
                                                Case No. CV10-05341 PJH

1  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2  Concurrence in the filing of this document has been obtained from Jeralyn Kay Bercaw

3  Spradlin.

4  Dated:  March 31, 2011          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Robert Sturtevant Eaton
By:   MICHELE FLOYD
      ROBERT STURTEVANT EATON

Attorneys for Defendants,
JON VINCENT and KEEPCASH LLC

**CERTIFICATE OF SERVICE**

I, ROBERT STURTEVANT EATON, Esq. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date of filing.

/s/ Robert Sturtevant Eaton

5361801v.1